THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALIH SEVENCAN, Appellant. [928 NYS2d 640]—

Since the appellant has been deported and is no longer available to obey the mandate of this Court, the appeal must be dismissed (*see People v Diaz*, 7 NY3d 831 [2006]; *People v Hutchings*, 40 NY2d 836 [1976]; *People v Smith*, 115 AD2d 625 [1985]; *People v Davis*, 87 AD2d 578 [1982]). Mastro, J.P., Skelos, Balkin and Roman, JJ., concur.